DAVID SOLOMON v. LEONARD J. ROTHSTEIN and Others.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MILTON LICHTENSTEIN and Others, v. GEORGE L. TRIFFON.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CORNELIA BRUEN v. LEON BEILINSON and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. ·Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JACOB KATZ v. ALLEN ZIMMERMAN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORRIS KNOBEL and Others v. WILLIAM SALZMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JAMES TOZZI v. CENTRAL OF GEORGIA RAILWAY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MAIZIE E. COLEMAN v. CUSHMAN SONS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE BERMAN STORES CO., INC., v. ABRAHAM HIRSH and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WILLIAM A. JAMISON and Others v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BENJAMIN FOSTER v. HARRIS STRUCTURAL STEEL CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KINGDON GOULD and Others, as Executors, etc., and Others, v. KINGDON GOULD and Others, as Executors, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of FORT SCHUYLER ROAD, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WILLIAM H. TIERNAN v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE W. MORGAN v. POERTNER MOTOR CAR CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARY JOHNSON, as Administratrix, etc., v. SIDNEY DIAMOND.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

OXFORD UNIVERSITY PRESS, AMERICAN BRANCH, v. J. J. LITTLE & IVES COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.